# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| CECELIA LEWIS | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:21-CV-728-S-BN |
| | § | |
| | § | |
| THE AZUL APARTMENTS | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case [ECF No. 8]. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Furthermore, the **DISMISSES** Plaintiff's Amended Complaint [ECF No. 9] for lack of subject matter jurisdiction for the same reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED June 22, 2021.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**